<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 00-2454

———————————

CHARLES DAVIS BURRELL,

Plaintiff - Appellant,

versus

GLASCOCK AUTO SALES, INCORPORATED, d/b/a
Charlie Falk Auto Sales, Incorporated; FUTURE
FINANCE CORPORATION; MARSHALL BROTHERS TOWING;
JOHN DOE #2; CHARLIE FALK AUTO, INCORPORATED;
WAYNE MARSHALL; MARSHALL BROTHERS AUTO BODY,
INCORPORATED,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-00-519-3)

———————————

Submitted: March 22, 2001        Decided: March 27, 2001

———————————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charles Davis Burrell, Appellant Pro Se. William Frederick Jones,
WILLIAMS, MULLEN, CLARK & DOBBINS, Richmond, Virginia; Tommy P.
Baer, Paul McCourt Curley, CANFIELD, SHAPIRO, BAER & HELLER,
L.L.P., Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Davis Burrell appeals from the district court's order granting the Defendants' motion to dismiss. Because there is neither diversity of citizenship nor a federal question involved in the suit, the district court properly dismissed for lack of subject matter jurisdiction. We, therefore, affirm. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED